IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDRE PRIDE**                                                                                                                                  **PLAINTIFF**

v.                                      Case No. 4:21-cv-00306-KGB

**HUBBARDS, SA, FBI;**
**JOHN SABLATURA, SA, FBI**                                                                              **DEFENDANTS**

## ORDER

Before the Court are plaintiff Andre Pride's motion for a jury trial and what the Clerk of the Court has docketed as his response to the motion to dismiss of defendants Josh Hubbard and John Sablatura, Special Agents of the Federal Bureau of Investigations (Dkt. Nos. 24; 25). In an Order filed March 3, 2025, the Court granted defendants' motion to dismiss and dismissed Mr. Pride's complaint (Dkt. No. 21). The Court entered a judgment the same day (Dkt. No. 22). Because this case is closed, the Court denies as moot Mr. Pride's motion for a jury trial (Dkt. No. 24).

In what was docketed by the Clerk as Mr. Pride's "response" to the motion to dismiss, Mr. Pride seeks permission from the Court to respond to "the dismissal" (Dkt. No. 25, at 1). In the filing, Mr. Pride maintains that his mail is being tampered with at the Federal Correctional Institution, Medium, at Butner, North Carolina, and these circumstances are out of his control (*Id*.). The Court construes Mr. Pride's filing as a request to file a motion for relief from a judgment under Federal Rule of Civil Procedure 60(b) (*Id*.). Mr. Pride's request is granted (Dkt. No. 25). Mr. Pride shall have 30 days from the date of this Order to file a motion for relief from judgment under Federal Rule of Civil Procedure 60(b).

So ordered this 21st day of April, 2025.

_____
Kristine G. Baker
Chief United States District Court Judge